No. 114. MID-SOUTH DISTRIBUTORS ET AL. *v.* FEDERAL TRADE COMMISSION. Motion of Southwest Automotive Distributors, Inc., et al. for leave to file brief, as *amici curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *David C. Murchison* and *Robert L. Wald* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, James McI. Henderson* and *Alan B. Hobbes* for respondent.

No. 140. DAMON ET AL. *v.* HAWAII. Supreme Court of Hawaii. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Harriet Bouslog* for petitioners. *Shiro Kashiwa,* Attorney General of Hawaii, *Andrew S. O. Lee,* Deputy Attorney General, and *Wilbur K. Watkins, Jr.,* Special Deputy Attorney General, for respondent.

No. 134. PORGES *v.* SCHIELE, TAX COMMISSIONER. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.

No. 103. TRIVETTE *v.* NEW YORK LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *L. D. May* for petitioner. *R. Lee Blackwell* and *Thomas W. Bullitt* for respondent.

No. 178. TUSKEGEE INSTITUTE *v.* BANK OF NEW YORK, TRUSTEE, ET AL. Petitioner's motion for leave to file lower court briefs granted. Petition for writ of certiorari to the Court of Appeals of New York denied. *Basil O'Connor, John C. Farber* and *Clendon H. Lee* for petitioner. *William Eldred Jackson* and *Andrew Y. Rogers* for respondents.